IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 14-cr-00243-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.    DOUGLAS KUNZ,**

       Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE MOTIONS FILING DEADLINE**
_____

Mr. Kunz, through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, respectfully requests a continuance of the pretrial motions deadline.

The Office of the Federal Defender was appointed to represent Mr. Kunz on May 22, 2014. Doc. 6.[1] Undersigned counsel entered his appearance on May 23, 2014. Doc. 7.

On June 17, 2014, the Court scheduled pretrial motions to be filed no later than July 7, 2014, and responses to be filed within 14 days thereafter. Doc. 19. Defense counsel received initial discovery on June 20, 2014. Trial is scheduled to begin on August 13, 2014. *Id.*

Undersigned counsel has met with the Assistant United States' Attorney assigned to the case to discuss a possible disposition of the matter. After such meeting, undersigned counsel requires additional time to review discovery, conduct

---

[1] "Doc" refers to the clerk's docket number for the United States District Court case 14-cr-00243-CMA.

necessary investigation, research potential motions issues, and draft any necessary motions. Additionally, undersigned counsel requires additional time before the pretrial motions deadline to confer with Mr. Kunz, who is on pre-trial release and is scheduled to meet with defense counsel on July 8, 2014.

Wherefore, Mr. Kunz, through counsel, and unopposed by the government, requests an extension of the motions filing deadline until July 18, 2014, and an extension of the deadline for responses to August 1, 2014.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Timothy P. O'Hara
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Timothy_Ohara@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2014, I electronically filed the foregoing

**UNOPPOSED MOTION TO CONTINUE MOTIONS FILING DEADLINE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

> Kurt Bohn
> Assistant U.S. Attorney
> Email: kurt.bohn@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> Mr. Douglas Kunz (*U.S. Mail*)

> s/ Timothy P. O'Hara
> TIMOTHY P. O'HARA
> Assistant Federal Public Defender
> 633 Seventeenth Street, Suite 1000
> Denver, Colorado 80202
> Telephone: (303) 294-7002
> FAX: (303) 294-1192
> Timothy_Ohara@fd.org
> Attorney for Defendant